**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 99-cr-00359-REB-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TODD SILVERSTEIN,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

On September 14, 2011, the probation officer submitted a petition for early termination of supervised release in this case. On September 15, 2011, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on September 15, 2011, and on September 19, 2011, Assistant United States Attorney James Boma responded with no objection to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, September 26, 2011.


BY THE COURT:

Bob Blackburn
_____
Robert E. Blackburn
United States District Judge